UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ISRAEL VALLE,

                       Plaintiff,

-against-

THE UNITED STATES OF AMERICA;
GEORGE WALKER BUSH, Individually and as
President and Commander in Chief, et al.,

                       Defendants.
-----------------------------------------------------------------X

JUDGMENT
06-MC-0348 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 28 2006 ★
BROOKLYN OFFICE

        An Order of Honorable David G. Trager, United States District Judge, having been filed on July 12, 2006, denying plaintiff's request for leave to file this action; denying plaintiff's other applications as moot; and certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith; it is

        ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that plaintiff's request for leave to file this action is denied; that plaintiff's other applications are denied as moot; and that pursuant to 28 U.S.C. § 1915(a)(3) any appeal of this Order would not be taken in good faith.

Dated: Brooklyn, New York
        July 24, 2006

                                                          s/Robert C. Heinemann
                                                          ROBERT C. HEINEMANN
                                                          Clerk of Court